**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1967**

In Re:  MYKAL S. RYAN,

                    Petitioner.

On Petition for Writ of Mandamus.  (08-50805-FJS)

Submitted:  October 20, 2011        Decided:  November 10, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Mykal S. Ryan, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mykal S. Ryan petitions for a writ of mandamus and other injunctive relief seeking an order from this court directing the bankruptcy court to dismiss or transfer the case, to place it in abeyance, grant him reasonable accommodations, to return certain personal property, to recuse the presiding judge and other parties, to vacate certain orders, and to strike. We conclude that Ryan is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The relief sought by Ryan is not available by way of mandamus or otherwise. Accordingly, we deny the petition for writ of mandamus and motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2